

**James Howard GENTRY**

v.

**STATE**

**CR-13-1657**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**J.L.F.**

v.

**STATE**

**CR-13-1658**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/20/2015

Affirmed

**Raul PEREZ, Jr.**

v.

**STATE**

**CR-13-1665**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Kerry Cordarius BROWN**

v.

**STATE**

**CR-13-1670**

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied; memo of 12/05/2014 withdrawn; memo substituted; affirmed

**Danny Lavon HARPER**

v.

**STATE**

**CR-13-1677**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

